IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00011-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMUNDO ROSALES-ESQUIVEL,

    Defendant.

---

## MINUTE ORDER[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing set for Friday, January 20, 2012 is **VACATED** and is **CONTINUED** pending further order of court.

    **IT IS FURTHER ORDERED** as follows:

    1. That on **December 19, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

    2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: December 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.